

# THE THIRTEENTH COURT OF APPEALS

13-15-00095-CV

Nadir N. Ali and Mumtaz Ali
v.
Flessner Enterprises, Inc.

On Appeal from the
135th District Court of DeWitt County, Texas
Trial Cause No. 13-13-22,628

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

October 1, 2015